**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| LIZMARYS JOSE LICET RAMIREZ,<br><br>                Petitioner,<br><br>   v.<br><br>FERETI SEMAIA, et al.,<br><br>              Respondents. | Case No. EDCV 26-0662-MWC (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRTE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting the Petition, and permanently enjoining and restraining Respondents from re-detaining Petitioner without providing notice and a pre-deprivation hearing before a neutral arbiter at which the government bears the

burden of proving by clear and convincing evidence that petitioner is a flight risk or danger to the community.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 5, 2026

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

2