JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| LIZMARYS JOSE LICET RAMIREZ,<br><br>                    Petitioner,<br><br>        v.<br><br>FERETI SEMAIA, et al.,<br><br>                    Respondents. | Case No. EDCV 26-0662-MWC (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: May 5, 2026

_____
    MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE